# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SOCIAL BUTTERFLY WORLD, LLC            )
                                       )
        Plaintiff(s),                  )  Case No. 2:16-cv-00123-RFB-NJK
                                       )
vs.                                    )  ORDER
                                       )
MENDEZ MEDIA MARKETING, INC.,          )
                                       )
        Defendant.                     )
                                       )

    Pending before the Court is the parties' motion to amend the current scheduling order. Docket No. 23. Certain proposed deadlines depart significantly from what Local Rule 26-1 would allow. The parties have demonstrated good cause for extending the deadlines generally, *see* Local Rule 26-4. However, their explanation as to why the Court should extend certain deadlines months later than the Local Rules would normally allow, *see* Local Rule 26-1(a), is unconvincing. The Court therefore **DENIES** this motion, Docket No. 23, without prejudice. The Court **ORDERS** the parties to submit a renewed motion that complies with Local Rule 26-1(b) no later than September 30, 2016.

    IT IS SO ORDERED.

    DATED:   September 26, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge