McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Dylan P. Todd
Nevada Bar No. 10456
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:     (702) 949-1100
Facsimile:     (702) 949-1101

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Timothy J. Buchanan (*Pro Hac Vice*)
California Bar No. 100409
Shane G. Smith (*Pro Hac Vice*)
California Bar No. 272630
7647 North Fresno Street
Fresno, California 93720
Telephone:     (559) 433-1300
Facsimile:     (550) 433-2300

Attorneys for Defendant MENDEZ MEDIA
MARKETING, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| SOCIAL BUTTERFLY WORLD, LLC, | Case No. 2:16-cv-00123-RFB-NJK |
| Plaintiff, | **STIPULATION AND [Proposed] ORDER TO FILE AMENDED ANSWER** |
| v. | |
| MENDEZ MEDIA MARKETING, INC., | |
| Defendants. | |

WHEREAS, on January 22, 2016, SOCIAL BUTTERFLY WORLD, LLC. filed a Complaint against MENDEZ MEDIA MARKETING, INC. (the "Complaint").  (ECF 1.)

WHEREAS, on February 22, 2016,  MENDEZ MEDIA MARKETING, INC. answered the Complaint (the "Answer").  (ECF 8.)

WHEREAS, on July 1, 2016, the parties entered a Stipulation to Extend Discovery.  (ECF 17.)

WHEREAS, on July 5, 2016, the Court granted the parties' Stipulation to Extend Discovery. ECF 19.

1      WHEREAS, pursuant to the Extended Discovery schedule, the deadline to Amend the

2  Pleadings is September 23, 2016.  *See* ECF 19 at 3.

3      WHEREAS, the parties are engaged in discovery and Defendant MENDEZ MEDIA

4  MARKETING, INC. discovered additional facts that allegedly add additional support to existing

5  affirmative defenses and/or additional affirmative defenses as pleaded in its proposed Amended

6  Answer to Complaint.  SOCIAL BUTTERFLY WORLD, by entering into this Stipulation, is not

7  agreeing in any way as to the truth or veracity of the allegations, but simply permitting leave to be

8  freely granted in accordance with the spirit of the rules.

9      IT IS HEREBY STIPULATED by and between Plaintiff SOCIAL BUTTERFLY WORLD,

10  LLC., and Defendant MENDEZ MEDIA MARKETING, INC., by and through their undersigned

11  counsel, that Defendant MENDEZ MEDIA MARKETING, INC. be granted leave to amend its

12  Answer to assert additional affirmative defenses and/or further plead facts and authority in support of

13  same against SOCIAL BUTTERFLY WORLD, LLC.  A copy of the proposed Amended Answer to

14  Complaint is attached hereto as Exhibit A; a redline version comparing the proposed Amended

15  Answer to the Complaint against the original Answer to Complaint is attached hereto as Exhibit B.

16      DATED this 23rd day of September, 2016

17                                  McCORMICK, BARSTOW, SHEPPARD,
                                    WAYTE & CARRUTH LLP
18

19                           By _____/s/ Timothy J. Buchanan_____

20                                  Timothy J. Buchanan (*Pro Hac Vice*)
                                    California Bar No. 100409
21                                  Shane G. Smith (*Pro Hac Vice*)
                                    California Bar No. 272630
22                                  7647 N Fresno Street
                                    Fresno, California 93720
23                                  Telephone:  (559) 433-1300

24                                  Dylan P. Todd
25                                  Nevada Bar No. 10456
                                    8337 West Sunset Road, Suite 350
26                                  Las Vegas, Nevada 89113
                                    Tel. (702) 949-1100
27                                  Attorneys for Defendant MENDEZ MEDIA
                                    MARKETING, INC..
28

1    DATED this 23rd day of September, 2016

2                                    GIBBS GIDEN LOCHER TURNER SENET &
                                     WITTBRODT LLP
3

4

5                          By    _____/s/ Timothy P. Elson_____
                                     Timothy P. Elson, Esq.
6                                    Nevada Bar No. 11559
                                     1140 North Town Center Drive, Suite 300
7                                    Las Vegas, Nevada 89144
                                     Tel. (702) 836-9800
8

9                                    Attorneys for Plaintiff SOCIAL BUTTERFLY
                                     WORLD, LLC.
10

11                               **ORDER**

12          IT IS SO ORDERED that pursuant to stipulation of the parties, and pursuant to Federal Rule of

13   Civil Procedure 15(a)(2), that Defendant MENDEZ MEDIA MARKETING, INC. be allowed to file

14   its Amended Answer to Complaint in this case to assert additional affirmative defenses against

15   Plaintiff SOCIAL BUTTERFLY WORLD, LLC.

16

17                                   _____

18                                   HON. RICHARD F. BOULWARE, II
                                     United States District Judge
19
                                     DATED:   __September 30, 2016._____
20

21

22                          **CERTIFICATE OF SERVICE**

23          I hereby certify that on this 23rd day of September, 2016, a true and correct copy

     of **STIPULATION AND [Proposed] ORDER TO FILE AMENDED ANSWER** was served via the
24
     United States District Court CM/ECF system on all parties or persons requiring notice.
25

26                          By  _/s/ Carol Aurand_____
                                     _Carol Aurand, an Employee of
27                                   MCCORMICK,    BARSTOW,    SHEPPARD,
                                     WAYTE & CARRUTH LLP
28   56695-00000 4106634.1

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113                          3

CASE NO. 2:16-cv-00123-RFB-NJK

Social Butterfly World, LLC v. Mendez Media Marketing, Inc.

EXHIBIT "A"

PROPOSED AMENDED ANSWER TO COMPLAINT; JURY TRIAL DEMANDED

1 | McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
2 | Dylan P. Todd
Nevada Bar No. 10456
3 | 8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
4 | Telephone:    (702) 949-1100
Facsimile:     (702) 949-1101
5 |
McCormick, Barstow, Sheppard,
6 | Wayte & Carruth LLP
Timothy J. Buchanan (*Pro Hac Vice*)
7 | California Bar No. 100409
Shane Smith (*Pro Hac Vice*)
8 | California Bar No. 272630
7647 N Fresno Street
9 | Fresno, California 93720
Telephone:    (559) 433-1300
10 | Facsimile:     (559) 433-2300

11 | Attorneys for Defendant MENDEZ MEDIA
MARKETING, INC.

12 |

13 | UNITED STATES DISTRICT COURT

14 | DISTRICT OF NEVADA, SOUTHERN DIVISION

15 |

16 | SOCIAL BUTTERFLY WORLD, LLC, a
Nevada limited-liability company,

17 |                                              Case No. 2:16-cv-00123-RFB-NJK

**AMENDED ANSWER TO COMPLAINT;
JURY TRIAL DEMANDED**

18 |                  Plaintiff,

19 |         v.

20 | MENDEZ MEDIA MARKETING, INC., a
California corporation; and DOES 1 through 10
and ROE corporations 1 through 10, inclusive,

21 |

22 |                  Defendants.

23 |         Defendant Mendez Media Marketing, Inc. a California corporation ("MMMI") hereby answers

24 | the complaint in this matter and alleges as follows:

25 |         1.       Answering paragraph 1, the paragraph alleges no factual matter and therefore requires

26 | no response. In any case, MMMI denies each and every allegation thereof.

27 |         2.       Answering paragraph 2, the paragraph raises no factual matter but only a legal

28 | contention, and therefore requires no response. In any case, MMMI denies each and every allegation

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

56695-00000 4087045.5                                                    2:16-cv-00123-RFB-NJK
AMENDED ANSWER TO COMPLAINT   JURY TRIAL DEMANDED

1    of paragraph 2.

2        3.       Answering paragraph 3, MMMI denies each and every allegation thereof.

3        4.       Answering paragraph 4, MMMI denies each and every allegation thereof.

4        5.       Answering paragraph 5, MMMI admits, upon its information and belief, that plaintiff

5    Social Butterfly World, LLC ("SBW") purports to be a Nevada limited liability company operated for

6    some period of time unknown to MMMI, and that Andrea Collier at certain times held herself out to

7    be affiliated with SBW in some way.  Except as expressly so admitted, MMMI denies each and every

8    allegation of paragraph 5.

9        6.       Answering paragraph 6, MMMI admits the same.

10       7.       Answering paragraph 7, MMMI denies each and every allegation thereof.

11       8.       Answering paragraph 8, MMMI admits that at some unknown point SBW, upon

12    MMMI's information and belief, began performing some type of services for Grand Canyon Resort

13    Corporation ("GCRC"), which, according to MMMI's further information and belief, is a tribally

14    chartered corporation owned by the Hualapai Indian Tribe.  MMMI further admits, upon its

15    information and belief, that some of SBW's services related to GCRC's recreational business.  Except

16    as expressly so admitted, MMMI denies each and other allegation of paragraph 8.

17       9.       Answering paragraph 9, MMMI denies the same in their entirety.

18       10.      Answering paragraph 10, MMMI denies the same in their entirety.

19       11.      Answering paragraph 11, MMMI admits, upon its information and belief, that SBW at

20    various times stated it was performing photographic work for projects related to GCRC.  Except as

21    expressly so admitted, MMMI denies each and every other allegation of paragraph 11.

22       12.      Answering paragraph 12, MMMI has insufficient information or belief with respect to

23    the accuracy of the allegations thereof, and therefore denies each and every allegation of paragraph 12.

24       13.      Answering paragraph 13, MMMI has insufficient information or belief upon which to

25    admit or deny the allegations of this paragraph, and therefore denies each and every allegation of

26    paragraph 13.

27       14.      Answering paragraph 14, MMMI admits that GCRC retained MMMI to handle certain

28    aspects of advertising, marketing, and other business needs of GCRC, and that some or all of those

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

56695-00000 4087045.5            2            2:16-cv-00123-RFB-NJK
AMENDED ANSWER TO COMPLAINT  JURY TRIAL DEMANDED

1 activities were beyond the scope of SBW's responsibilities as understood by MMMI based upon

2 information received. Except as expressly so admitted, MMMI denies each and every other allegation

3 of paragraph 14.

4      15.      Answering paragraph 15, MMMI denies each and every allegation of the same.

5      16.      Answering paragraph 16, MMMI denies each and every allegation of the same.

6      17.      Answering paragraph 17, MMMI denies each and every allegation of the same.

7      18.      Answering paragraph 18, MMMI denies each and every allegation of the same.

8      19.      Answering paragraph 19, MMMI denies each and every allegation of the same.

9      20.      Answering paragraph 20, MMMI denies each and every allegation of the same.

10      21.      Answering paragraph 21, MMMI admits that at some point plaintiff claimed to MMMI

11 that MMMI was infringing upon alleged rights in certain images plaintiff claimed to have created.

12 Except as expressly so admitted, MMMI denies each and every allegation of paragraph 21.

13      22.      Answering paragraph 22, MMMI admits that at some point plaintiff informed MMMI

14 that plaintiff purportedly saw advertisements published that contained versions of SBW's claimed

15 images. Except as expressly so admitted, MMMI denies each and every allegation of paragraph 22.

16      23.      Answering paragraph 23, MMMI denies each and every allegation of the same.

17      24.      Answering paragraph 24, MMMI denies each and every allegation of the same.

18      25.      Answering paragraph 25, MMMI incorporates and restates paragraphs 1 through 24

19 above as though fully set forth herein.

20      26.      Answering paragraph 26, MMMI denies each and every allegation of the same.

21      27.      Answering paragraph 27, MMMI admits that it has and for some time has had a

22 professional relationship with GCRC. Except as expressly so admitted, MMMI denies each and every

23 other allegation of paragraph 27.

24      28.      Answering paragraph 28, MMMI denies each and every allegation of the same.

25      29.      Answering paragraph 29, MMMI denies each and every allegation of the same.

26      30.      Answering paragraph 30, MMMI denies each and every allegation of the same.

27      31.      Answering paragraph 31, MMMI has insufficient information or belief upon which to

28 admit or deny the allegations of this paragraph, and upon that basis denies each and every allegation

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

56695-00000 4087045.5      3      2:16-cv-00123-RFB-NJK

AMENDED ANSWER TO COMPLAINT  JURY TRIAL DEMANDED

1 of paragraph 31.

2      32.    Answering paragraph 32, MMMI admits that in a letter dated January 4, 2016, plaintiff,

3 through its stated counsel, claimed that MMMI was violating certain alleged copyrights held by SBW

4 and requested that MMMI cease and desist their use, further making other statements about remedies

5 available to plaintiff for the alleged actions. The referenced letter speaks for itself, and MMMI denies

6 any attempt in paragraph 32 to characterize or paraphrase the document. Except as expressly so

7 admitted, MMMI denies each and every allegation of paragraph 32.

8      33.    Answering paragraph 33, MMMI has no basis upon which to admit or deny plaintiff's

9 information or belief about any subject. MMMI therefore denies each and every other allegation of

10 paragraph 33.

11      34.    Answering paragraph 34, MMMI denies each and every allegation of the same.

12      35.    Answering paragraph 35, MMMI denies each and every allegation of the same.

13      36.    Answering paragraph 36, MMMI denies each and every allegation of the same.

14      37.    Answering paragraph 37, MMMI denies each and every allegation of the same.

15      38.    Answering paragraph 38, MMMI denies each and every allegation of the same.

16      39.    Answering paragraph 39, MMMI incorporates paragraphs 1 through 38 above as

17 though fully set forth herein.

18      40.    Answering paragraph 40, MMMI denies each and every allegation of the same.

19      41.    Answering paragraph 41, MMMI denies each and every allegation of the same.

20      42.    Answering paragraph 42, MMMI denies each and every allegation of the same.

21      43.    Answering paragraph 43, MMMI denies each and every allegation of the same.

22      44.    Answering paragraph 44, MMMI has no basis upon which to admit or deny plaintiff's

23 information or belief about any subject. MMMI therefore denies each and every other allegation of

24 paragraph 44.

25      45.    Answering paragraph 45, MMMI denies each and every allegation of the same.

26      46.    Answering paragraph 46, MMMI denies each and every allegation of the same.

27      47.    Answering paragraph 47, MMMI denies each and every allegation of the same.

28      48.    Answering paragraph 48, MMMI denies each and every allegation of the same.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

56695-00000 4087045.5               4             2:16-cv-00123-RFB-NJK
AMENDED ANSWER TO COMPLAINT  JURY TRIAL DEMANDED

49.     Answering paragraph 49, MMMI denies each and every allegation of the same.

50.     Answering the prayer, MMMI denies that plaintiff is entitled to any relief, monetary or otherwise, against MMMI for any conduct at any time.

## FIRST AFFIRMATIVE DEFENSE

### (Failure To State A Claim)

51.     The complaint fails to set forth facts sufficient to state a proper claim for relief against MMMI under any legal theory.

## SECOND AFFIRMATIVE DEFENSE

### (Consent)

52.     Plaintiff consented, expressly or impliedly, to the uses complained of in the claims for relief, and each of them, and therefore is barred form recovering any relief of any nature from MMMI.

## THIRD AFFIRMATIVE DEFENSE

### (Lack Of Notice)

53.     Plaintiff failed to take reasonable, usual steps to protect its purported "rights" in the subject images by providing notice to other parties of plaintiff's claimed rights, including without limitation the failure to register the images as copyrights until long after most if not all of the alleged "infringements" (if any) occurred.

## FOURTH AFFIRMATIVE DEFENSE

### (Failure To Join Indispensable Party)

54.     Plaintiff's complaint, and each purported claim for relief set forth in it, is defective and barred for failure to join and indispensable party, specifically GCRC.

## FIFTH AFFIRMATIVE DEFENSE

### (Failure To Register)

55.     Plaintiff failed to register the purported protected images with the United States Copyright Office as required by law, or did so belatedly.  Plaintiff is therefore barred from prosecuting the instant action and is barred from recovering any relief, or certain types of relief, as specified in the Copyright Act.

### SIXTH AFFIRMATIVE DEFENSE

#### (Defective Registration / Fraud on the U.S. Copyright Office)

56.     Upon MMMI's information and belief, Plaintiff defectively registered the subject images as copyrights with the U.S. Copyright Office, or through the omission of certain information, or misinformation, or in some other respect.  Upon MMMI's information and belief, each Certificate of Registration asserted by Plaintiff in this case was fraudulently applied for and/or obtained by Plaintiff because Plaintiff never acquired ownership rights in the subject images by the time of registration, yet falsely represented to the Copyright Office in writing that it did own the rights to the subject images at that time.  For example, Plaintiff's Certificate of Registration VA 1997545 effective November 20, 2015 lists "Social Butterfly World LLC" as both Author and Copyright Claimant.  By way of further example, Plaintiff's Certificate of Registration PA 1984636 effective November 20, 2015 names "Social Butterfly World LLC" as Author, and "Andrea M. Collier" as Copyright Claimant with a transfer statement of "[b]y written agreement."  By way of further example, Plaintiff's Certificate of Registration VA 2009584 effective April 28, 2016 lists "Social Butterfly World, LLC, employer for hire of Dennis Watts" as Author of the subject images, and includes a transfer statement of "[b]y written agreement."  Upon information and belief, in each case the true author or creator of the subject images listed in VA 1997545, PA 1984636, and VA 2009584 did not transfer ownership to Plaintiff (whether identified as Social Butterfly World LLC, Andrea M. Collier, or otherwise) on or prior to the effective date of those registrations.  Upon information and belief, as of the respective effective dates of VA 1997545, PA 1984636, and VA 2009584, Plaintiff had not obtained by contract or any other means the right to claim legal title to the copyrights in the subject images in an application for copyright registration.  Further, upon information and belief, Plaintiff did not enter into a valid assignment agreement for the subject images with the true owner of the subject images at any time, and in any case never attempted to enter into a purported assignment agreement covering the subject images until after Plaintiff had obtained its VA 1997545 and PA 1984636 registrations from the U.S. Copyright Office.  Therefore, upon information and belief, Plaintiff knowingly made one or more material false statements to and/or fraudulent deposits with the U.S. Copyright Office in order to obtain registrations in the subject images and, in fact, did receive those

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

56695-00000 4087045.5                         6                      2:16-cv-00123-RFB-NJK

AMENDED ANSWER TO COMPLAINT  JURY TRIAL DEMANDED

1  registrations.  To the extent a registration was defective and/or fraudulently obtained, it is ineffectual

2  and bars the instant suit, and each purported claim for relief set forth in it.

3  ### SEVENTH AFFIRMATIVE DEFENSE

4  ### (Non-Copyrightable Subject Matter)

5      57.     The subject of the allegedly protected images is unprotectable as copyrighted matter,

6  due to all or some combination of factors bearing on the issues, including without limitation lack of

7  originality, replicating other images, replicating images of government or quasi-government property,

8  replicating images of protected architectural creations of others (e.g., the Grand Canyon Skywalk and

9  related  or  similar  structures).    Further,  independently,  and  in  the  alternative,  upon  MMMI's

10 information and belief the subject materials are works made for hire and thus are not properly owned

11 by Plaintiff.

12  ### EIGHTH AFFIRMATIVE DEFENSE

13  ### (Statute Of Limitations/Laches)

14      58.     To the extent plaintiff seeks remedies of any type for conduct that precedes three years

15 before filing of the complaint, the claims are barred by the applicable statute of limitations, 17 U.S.C.

16 § 507(b), and/or the equitable doctrine of laches.  MMMI has been prejudiced by plaintiff's lack of

17 diligence in asserting its purported exclusive rights to the subject images, and by acquiescing without

18 objection to the uses complained of.

19  ### NINTH AFFIRMATIVE DEFENSE

20  ### (Waiver And Estoppel)

21      59.     By its conduct, plaintiff has waived, and is estopped from asserting, any purported

22 rights to the subject images by inaction, failure diligently to provide notice of the alleged rights,

23 failure diligently to pursue those rights in the face of known uses, failure to protect its interests against

24 those of GCRC and others, the defective registrations and fraud alleged in paragraph 56 above,

25 without limitation, and other conduct not presently known but which will be asserted by amendment.

26  ### TENTH AFFIRMATIVE DEFENSE

27  ### (Plaintiff's Negligence, Lack of Due Care, Or Other Wrongful Conduct)

28      60.     Plaintiff is barred from relief by its own negligent or other wrongful conduct, or lack of

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

56695-00000 4087045.5                            7                        2:16-cv-00123-RFB-NJK
AMENDED ANSWER TO COMPLAINT  JURY TRIAL DEMANDED

1   due care, in failing to perfect and preserve its alleged rights in the subject images, failure to assert

2   those rights diligently against other parties, failure to protect its interests against those of GCRC,

3   failure to provide reasonable notice of its alleged claims to rights, failure to exercise due care to detect

4   and take action against allegedly unauthorized uses, failure to register the alleged copyrights in a

5   timely and diligent fashion, and the defective registrations and fraud alleged in paragraph 56 above,

6   without limitation, among other possible acts or omissions not presently known.

7   ## ELEVENTH AFFIRMATIVE DEFENSE

8   ### (Acts Of Third Parties)

9   61.    Plaintiff's harm, if any, for the conduct alleged in the complaint is due to the acts of

10   third parties not presently named in this action, and for which MMMI has no control or legal

11   responsibility.

12   ## TWELFTH AFFIRMATIVE DEFENSE

13   ### (Bad Faith)

14   62.    Plaintiff's actions in asserting, and failing to assert, its alleged rights in the subject

15   images constitute bad faith as the claims and assertions are improperly motivated, for reasons having

16   nothing to do with legitimate assertion of legal or property rights.

17   ## THIRTEENTH AFFIRMATIVE DEFENSE

18   ### (No Statutory Damages and/or Attorneys' Fees)

19   63.    Statutory damages and/or attorneys' fees under the Copyright Act, as alleged in the

20   complaint under the Copyright Act, are unavailable because of the lack of registration with the

21   Copyright Office of the subject images in a timely fashion, as required by provisions of the Act,

22   including without limitation 17 U.S.C.§ 412 and 17 U.S.C. § 504(c).

23   ## FOURTEENTH AFFIRMATIVE DEFENSE

24   ### (Lack of Standing)

25   64.    Plaintiff  lacks standing to sue under the Copyright Act as it was not the owner of the

26   subject images at the time of the alleged infringement, nor did Plaintiff obtain a valid and enforceable

27   copyright in the subject images prior to filing this lawsuit.

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. SUNSET RD. SUITE 350
LAS VEGAS, NV 89113

1

## DEMAND FOR JURY TRIAL

2       65.      MMMI demands trial by jury on all issues triable by jury as provided by law.

3       WHEREFORE, MMMI respectfully requests the following relief:

4       1.       That plaintiff take nothing by way of the complaint, and that the complaint be

5   dismissed with prejudice;

6       2.       That MMMI be awarded all remedies available to it by law, under the Copyright Act or

7   otherwise, as a result of the filing of this action against MMMI;

8       3.       That plaintiff be denied all relief, and any relief, under the complaint, and under each

9   purported claim for relief set forth in it;

10      4.       For costs of suit, including reasonable attorneys' fees as allowed by law; and

11      5.       For any further relief as may be appropriate in the circumstances.

12      DATED this _____ day of September, 2016

13                          McCORMICK, BARSTOW, SHEPPARD,
                            WAYTE & CARRUTH LLP
14

15

16      By  _____
17          Timothy J. Buchanan (*Pro Hac Vice*)
            California Bar No. 100409
            Shane G. Smith (*Pro Hac Vice*)
18          California Bar No. 272630
            7647 N Fresno Street
19          Fresno, California 93720
            Telephone:  (559) 433-1300
20
21          Dylan P. Todd
            Nevada Bar No. 10456
22          8337 West Sunset Road, Suite 350
            Las Vegas, Nevada 89113
23          Tel. (702) 949-1100
24
            Attorneys for Defendant MENDEZ MEDIA
25          MARKETING, INC..

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

56695-00000 4087045.5                              9                              2:16-cv-00123-RFB-NJK
AMENDED ANSWER TO COMPLAINT  JURY TRIAL DEMANDED

CASE NO. 2:16-cv-00123-RFB-NJK

Social Butterfly World, LLC v. Mendez Media Marketing, Inc.

EXHIBIT "B"

REDLINE OF PROPOSED AMENDED ANSWER
TO COMPLAINT; JURY TRIAL DEMANDED

1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Dylan P. Todd
   Nevada Bar No. 10456
3  8337 West Sunset Road, Suite 350
   Las Vegas, Nevada 89113
4  Telephone:    (702) 949-1100
   Facsimile:    (702) 949-1101
5
   McCormick, Barstow, Sheppard,
6  Wayte & Carruth LLP
   Timothy J. Buchanan (~~Pending~~ Pro Hac Vice)
7  California Bar No. 100409
   Shane Smith (*Pro Hac Vice*)
8  California Bar No. 272630
   7647 N Fresno Street
9  Fresno, California 93720
   Telephone:    (559) 433-1300
10 Facsimile:    (559) 433-2300

11 Attorneys for Defendant MENDEZ MEDIA
   MARKETING, INC.

12

13                 UNITED STATES DISTRICT COURT

14            DISTRICT OF NEVADA, SOUTHERN DIVISION

15

16 SOCIAL BUTTERFLY WORLD, LLC, a          Case No. 2:16-cv-00123-RFB-NJK
   Nevada limited-liability company,
17                                          **AMENDED ANSWER TO COMPLAINT;
                 Plaintiff,                 JURY TRIAL DEMANDED**
18
           v.
19
   MENDEZ MEDIA MARKETING, INC., a
20 California corporation; and DOES 1 through 10
   and ROE corporations 1 through 10, inclusive,
21
                 Defendants.
22

23        Defendant Mendez Media Marketing, Inc. a California corporation ("MMMI") hereby answers

24 the complaint in this matter and alleges as follows:

25        1.      Answering paragraph 1, the paragraph alleges no factual matter and therefore requires

26 no response.  In any case, MMMI denies each and every allegation thereof.

27        2.      Answering paragraph 2, the paragraph raises no factual matter but only a legal

28 contention, and therefore requires no response.  In any case, MMMI denies each and every allegation

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. SUNSET RD. SUITE 350
LAS VEGAS, NV 89113

1  of paragraph 2.

2      3.    Answering paragraph 3, MMMI denies each and every allegation thereof.

3      4.    Answering paragraph 4, MMMI denies each and every allegation thereof.

4      5.    Answering paragraph 5, MMMI admits, upon its information and belief, that plaintiff

5  Social Butterfly World, LLC ("SBW") purports to be a Nevada limited liability company operated for

6  some period of time unknown to MMMI, and that Andrea Collier at certain times held herself out to

7  be affiliated with SBW in some way.  Except as expressly so admitted, MMMI denies each and every

8  allegation of paragraph 5.

9      6.    Answering paragraph 6, MMMI admits the same.

10     7.    Answering paragraph 7, MMMI denies each and every allegation thereof.

11     8.    Answering paragraph 8, MMMI admits that at some unknown point SBW, upon

12  MMMI's information and belief, began performing some type of services for Grand Canyon Resort

13  Corporation ("GCRC"), which, according to MMMI's further information and belief, is a tribally

14  chartered corporation owned by the Hualapai Indian Tribe.  MMMI further admits, upon its

15  information and belief, that some of SBW's services related to GCRC's recreational business.  Except

16  as expressly so admitted, MMMI denies each and other allegation of paragraph 8.

17     9.    Answering paragraph 9, MMMI denies the same in their entirety.

18     10.   Answering paragraph 10, MMMI denies the same in their entirety.

19     11.   Answering paragraph 11, MMMI admits, upon its information and belief, that SBW at

20  various times stated it was performing photographic work for projects related to GCRC.  Except as

21  expressly so admitted, MMMI denies each and every other allegation of paragraph 11.

22     12.   Answering paragraph 12, MMMI has insufficient information or belief with respect to

23  the accuracy of the allegations thereof, and therefore denies each and every allegation of paragraph 12.

24     13.   Answering paragraph 13, MMMI has insufficient information or belief upon which to

25  admit or deny the allegations of this paragraph, and therefore denies each and every allegation of

26  paragraph 13.

27     14.   Answering paragraph 14, MMMI admits that GCRC retained MMMI to handle certain

28  aspects of advertising, marketing, and other business needs of GCRC, and that some or all of those

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

56695-00000 4106912.1                    2                    2:16-cv-00123-RFB-NJK
AMENDED ANSWER TO COMPLAINT  JURY TRIAL DEMANDED

1   activities were beyond the scope of SBW's responsibilities as understood by MMMI based upon

2   information received.  Except as expressly so admitted, MMMI denies each and every other allegation

3   of paragraph 14.

4        15.     Answering paragraph 15, MMMI denies each and every allegation of the same.

5        16.     Answering paragraph 16, MMMI denies each and every allegation of the same.

6        17.     Answering paragraph 17, MMMI denies each and every allegation of the same.

7        18.     Answering paragraph 18, MMMI denies each and every allegation of the same.

8        19.     Answering paragraph 19, MMMI denies each and every allegation of the same.

9        20.     Answering paragraph 20, MMMI denies each and every allegation of the same.

10       21.     Answering paragraph 21, MMMI admits that at some point plaintiff claimed to MMMI

11   that MMMI was infringing upon alleged rights in certain images plaintiff claimed to have created.

12   Except as expressly so admitted, MMMI denies each and every allegation of paragraph 21.

13       22.     Answering paragraph 22, MMMI admits that at some point plaintiff informed MMMI

14   that plaintiff purportedly saw advertisements published that contained versions of SBW's claimed

15   images.  Except as expressly so admitted, MMMI denies each and every allegation of paragraph 22.

16       23.     Answering paragraph 23, MMMI denies each and every allegation of the same.

17       24.     Answering paragraph 24, MMMI denies each and every allegation of the same.

18       25.     Answering paragraph 25, MMMI incorporates and restates paragraphs 1 through 24

19   above as though fully set forth herein.

20       26.     Answering paragraph 26, MMMI denies each and every allegation of the same.

21       27.     Answering paragraph 27, MMMI admits that it has and for some time has had a

22   professional relationship with GCRC.  Except as expressly so admitted, MMMI denies each and every

23   other allegation of paragraph 27.

24       28.     Answering paragraph 28, MMMI denies each and every allegation of the same.

25       29.     Answering paragraph 29, MMMI denies each and every allegation of the same.

26       30.     Answering paragraph 30, MMMI denies each and every allegation of the same.

27       31.     Answering paragraph 31, MMMI has insufficient information or belief upon which to

28   admit or deny the allegations of this paragraph, and upon that basis denies each and every allegation

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
6337 W. Sunset Rd. Suite 350
Las Vegas, NV 89113

56695-00000 4106912.1                     3                     2:16-cv-00123-RFB-NJK

AMENDED ANSWER TO COMPLAINT  JURY TRIAL DEMANDED

1 | of paragraph 31.

2 |   32.  Answering paragraph 32, MMMI admits that in a letter dated January 4, 2016, plaintiff,

3 | through its stated counsel, claimed that MMMI was violating certain alleged copyrights held by SBW

4 | and requested that MMMI cease and desist their use, further making other statements about remedies

5 | available to plaintiff for the alleged actions.  The referenced letter speaks for itself, and MMMI denies

6 | any attempt in paragraph 32 to characterize or paraphrase the document.  Except as expressly so

7 | admitted, MMMI denies each and every allegation of paragraph 32.

8 |   33.  Answering paragraph 33, MMMI has no basis upon which to admit or deny plaintiff's

9 | information or belief about any subject.  MMMI therefore denies each and every other allegation of

10 | paragraph 33.

11 |   34.  Answering paragraph 34, MMMI denies each and every allegation of the same.

12 |   35.  Answering paragraph 35, MMMI denies each and every allegation of the same.

13 |   36.  Answering paragraph 36, MMMI denies each and every allegation of the same.

14 |   37.  Answering paragraph 37, MMMI denies each and every allegation of the same.

15 |   38.  Answering paragraph 38, MMMI denies each and every allegation of the same.

16 |   39.  Answering paragraph 39, MMMI incorporates paragraphs 1 through 38 above as

17 | though fully set forth herein.

18 |   40.  Answering paragraph 40, MMMI denies each and every allegation of the same.

19 |   41.  Answering paragraph 41, MMMI denies each and every allegation of the same.

20 |   42.  Answering paragraph 42, MMMI denies each and every allegation of the same.

21 |   43.  Answering paragraph 43, MMMI denies each and every allegation of the same.

22 |   44.  Answering paragraph 44, MMMI has no basis upon which to admit or deny plaintiff's

23 | information or belief about any subject.  MMMI therefore denies each and every other allegation of

24 | paragraph 44.

25 |   45.  Answering paragraph 45, MMMI denies each and every allegation of the same.

26 |   46.  Answering paragraph 46, MMMI denies each and every allegation of the same.

27 |   47.  Answering paragraph 47, MMMI denies each and every allegation of the same.

28 |   48.  Answering paragraph 48, MMMI denies each and every allegation of the same.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
6337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

56695-00000 4106912.1    4    2:16-cv-00123-RFB-NJK

AMENDED ANSWER TO COMPLAINT  JURY TRIAL DEMANDED

1    49.    Answering paragraph 49, MMMI denies each and every allegation of the same.

2    50.    Answering the prayer, MMMI denies that plaintiff is entitled to any relief, monetary or

3    otherwise, against MMMI for any conduct at any time.

4    **FIRST AFFIRMATIVE DEFENSE**

5    **(Failure To State A Claim)**

6    51.    The complaint fails to set forth facts sufficient to state a proper claim for relief against

7    MMMI under any legal theory.

8    **SECOND AFFIRMATIVE DEFENSE**

9    **(Consent)**

10    52.    Plaintiff consented, expressly or impliedly, to the uses complained of in the claims for

11    relief, and each of them, and therefore is barred form recovering any relief of any nature from MMMI.

12    **THIRD AFFIRMATIVE DEFENSE**

13    **(Lack Of Notice)**

14    53.    Plaintiff failed to take reasonable, usual steps to protect its purported "rights" in the

15    subject images by providing notice to other parties of plaintiff's claimed rights, including without

16    limitation the failure to register the images as copyrights until long after most if not all of the alleged

17    "infringements" (if any) occurred.

18    **FOURTH AFFIRMATIVE DEFENSE**

19    **(Failure To Join Indispensable Party)**

20    54.    Plaintiff's complaint, and each purported claim for relief set forth in it, is defective and

21    barred for failure to join and indispensable party, specifically GCRC.

22    **FIFTH AFFIRMATIVE DEFENSE**

23    **(Failure To Register)**

24    55.    Plaintiff failed to register the purported protected images with the United States

25    Copyright Office as required by law, or did so belatedly. Plaintiff is therefore barred from prosecuting

26    the instant action and is barred from recovering any relief, or certain types of relief, as specified in the

27    Copyright Act.

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

56695-00000 4106912.1                                                          5                                        2:16-cv-00123-RFB-NJK
AMENDED ANSWER TO COMPLAINT  JURY TRIAL DEMANDED

## SIXTH AFFIRMATIVE DEFENSE

### (Defective Registration / Fraud on the U.S. Copyright Office)

56. ~~Upon MMMI's information and belief, Plaintiff defectively registered the subject images as copyrights with the U.S. Copyright Office, or through the omission of certain information, or misinformation, or in some other respect. To the extent the registration was defective, it is ineffectual and bars the instant suit, and each purported claim for relief set forth in it.~~

56. Upon MMMI's information and belief, Plaintiff defectively registered the subject images as copyrights with the U.S. Copyright Office, or through the omission of certain information, or misinformation, or in some other respect. Upon MMMI's information and belief, each Certificate of Registration asserted by Plaintiff in this case was fraudulently applied for and/or obtained by Plaintiff because Plaintiff never acquired ownership rights in the subject images by the time of registration, yet falsely represented to the Copyright Office in writing that it did own the rights to the subject images at that time. For example, Plaintiff's Certificate of Registration VA 1997545 effective November 20, 2015 lists "Social Butterfly World LLC" as both Author and Copyright Claimant. By way of further example, Plaintiff's Certificate of Registration PA 1984636 effective November 20, 2015 names "Social Butterfly World LLC" as Author, and "Andrea M. Collier" as Copyright Claimant with a transfer statement of "[b]y written agreement." By way of further example, Plaintiff's Certificate of Registration VA 2009584 effective April 28, 2016 lists "Social Butterfly World, LLC, employer for hire of Dennis Watts" as Author of the subject images, and includes a transfer statement of "[b]y written agreement." Upon information and belief, in each case the true author or creator of the subject images listed in VA 1997545, PA 1984636, and VA 2009584 did not transfer ownership to Plaintiff (whether identified as Social Butterfly World LLC, Andrea M. Collier, or otherwise) on or prior to the effective date of those registrations. Upon information and belief, as of the respective effective dates of VA 1997545, PA 1984636, and VA 2009584, Plaintiff had not obtained by contract or any other means the right to claim legal title to the copyrights in the subject images in an application for copyright registration. Further, upon information and belief, Plaintiff did not enter into a valid assignment agreement for the subject images with the true owner of the subject images at any time, and in any case never attempted to enter into a purported assignment agreement

1    covering the subject images until after Plaintiff had obtained its VA 1997545 and PA 1984636

2    registrations from the U.S. Copyright Office.  Therefore, upon information and belief, Plaintiff

3    knowingly made one or more material false statements to and/or fraudulent deposits with the U.S.

4    Copyright Office in order to obtain registrations in the subject images and, in fact, did receive those

5    registrations.  To the extent a registration was defective and/or fraudulently obtained, it is ineffectual

6    and bars the instant suit, and each purported claim for relief set forth in it.

7    **SEVENTH AFFIRMATIVE DEFENSE**

8    **(Non-Copyrightable Subject Matter)**

9         57.     The subject of the allegedly protected images is unprotectable as copyrighted matter,

10    due to all or some combination of factors bearing on the issues, including without limitation lack of

11    originality, replicating other images, replicating images of government or quasi-government property,

12    replicating images of protected architectural creations of others (e.g., the Grand Canyon Skywalk and

13    related or similar structures).   Further, independently, and in the alternative, upon MMMI's

14    information and belief the subject materials are works made for hire and thus are not properly owned

15    by Plaintiff.

16    **EIGHTH AFFIRMATIVE DEFENSE**

17    **(Statute Of Limitations/Laches)**

18         58.     To the extent plaintiff seeks remedies of any type for conduct that precedes three years

19    before filing of the complaint, the claims are barred by the applicable statute of limitations, 17 U.S.C.

20    § 507(b), and/or the equitable doctrine of laches.  MMMI has been prejudiced by plaintiff's lack of

21    diligence in asserting its purported exclusive rights to the subject images, and by acquiescing without

22    objection to the uses complained of.

23    **NINTH AFFIRMATIVE DEFENSE**

24    **(Waiver And Estoppel)**

25         59.     By its conduct, plaintiff has waived, and is estopped from asserting, any purported

26    rights to the subject images by inaction, failure diligently to provide notice of the alleged rights,

27    failure diligently to pursue those rights in the face of known uses, failure to protect its interests against

28    those of GCRC and others, the defective registrations and fraud alleged in paragraph 56 above,

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

56695-00000 4106912.1            7            2:16-cv-00123-RFB-NJK

AMENDED ANSWER TO COMPLAINT  JURY TRIAL DEMANDED

1  without limitation, and other conduct not presently known but which will be asserted by amendment.

2  **TENTH AFFIRMATIVE DEFENSE**

3  **(Plaintiff's Negligence, Lack of Due Care, Or Other Wrongful Conduct)**

4  60.     Plaintiff is barred from relief by its own negligent or other wrongful conduct, or lack of

5  due care, in failing to perfect and preserve its alleged rights in the subject images, failure to assert

6  those rights diligently against other parties, failure to protect its interests against those of GCRC,

7  failure to provide reasonable notice of its alleged claims to rights, failure to exercise due care to detect

8  and take action against allegedly unauthorized uses, and failure to register the alleged copyrights in a

9  timely and diligent fashion, and the defective registrations and fraud alleged in paragraph 56 above,

10 without limitation, among other possible acts or omissions not presently known.

11 **ELEVENTH AFFIRMATIVE DEFENSE**

12 **(Acts Of Third Parties)**

13 61.     Plaintiff's harm, if any, for the conduct alleged in the complaint is due to the acts of

14 third parties not presently named in this action, and for which MMMI has no control or legal

15 responsibility.

16 **TWELFTH AFFIRMATIVE DEFENSE**

17 **(Bad Faith)**

18 62.     Plaintiff's actions in asserting, and failing to assert, its alleged rights in the subject

19 images constitute bad faith as the claims and assertions are improperly motivated, for reasons having

20 nothing to do with legitimate assertion of legal or property rights.

21 **THIRTEENTH AFFIRMATIVE DEFENSE**

22 **(No Statutory Damages and/or Attorneys' Fees)**

23 63.     Statutory damages onand/or attorneys' fees under the Copyright Act, as alleged in the

24 complaint under the Copyright Act, are unavailable because of the lack of registration with the

25 Copyright Office of the subject images in a timely fashion, as required by provisions of the Act,

26 including without limitation 17 U.S.C.§ 412 and 17 U.S.C. § 504(c).

27 **FOURTEENTH AFFIRMATIVE DEFENSE**

28 **(Lack of Standing)**

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
6337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

56695-00000 4106912.1                                    8                          2:16-cv-00123-RFB-NJK

AMENDED ANSWER TO COMPLAINT  JURY TRIAL DEMANDED

64.     Plaintiff lacks standing to sue under the Copyright Act as it was not the owner of the subject images at the time of the alleged infringement, nor did Plaintiff obtain a valid and enforceable copyright in the subject images prior to filing this lawsuit.

## DEMAND FOR JURY TRIAL

64.65.  MMMI demands trial by jury on all issues triable by jury as provided by law.

//

//

WHEREFORE, MMMI respectfully requests the following relief:

1.     That plaintiff take nothing by way of the complaint, and that the complaint be dismissed with prejudice;

2.     That MMMI be awarded all remedies available to it by law, under the Copyright Act or otherwise, as a result of the filing of this action against MMMI;

3.     That plaintiff be denied all relief, and any relief, under the complaint, and under each purported claim for relief set forth in it;

4.     For costs of suit, including reasonable attorneys' fees as allowed by law; and

5.     For any further relief as may be appropriate in the circumstances.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

56695-00000 4106912.1                          9                          2:16-cv-00123-RFB-NJK
AMENDED ANSWER TO COMPLAINT  JURY TRIAL DEMANDED

1   DATED this 22nd_____ day of ~~February~~September, 2016

2                                   McCORMICK, BARSTOW, SHEPPARD,
3                                   WAYTE & CARRUTH LLP

4

5                           By        ~~//s// Dylan P. Todd~~_____
                                      ~~Dylan P. Todd, Nevada Bar No. 10456~~
6                                     ~~8337 West Sunset Road, Suite 350~~
                                      ~~Las Vegas, Nevada 89113~~
7                                     ~~Telephone: (702) 949-1100~~

8
                                      Timothy J. Buchanan (~~Pending~~ *Pro Hac Vice*)
9                                     California Bar No. 100409
                                      Shane G. Smith (*Pro Hac Vice*)
10                                    California Bar No. 272630
                                      7647 N Fresno Street
11                                    Fresno, California 93720
                                      Telephone: (559) 433-1300
12

13                                    Dylan P. Todd
                                      Nevada Bar No. 10456
14                                    8337 West Sunset Road, Suite 350
                                      Las Vegas, Nevada 89113
15                                    Tel. (702) 949-1100

16                                    Attorneys for Defendant MENDEZ MEDIA
                                      MARKETING, INC~~.~~..
17
                       ~~CERTIFICATE OF SERVICE~~
18
           ~~I hereby certify that on this ____ day of February, 2016, a true and correct copy of **ANSWER**~~
19
~~**TO COMPLAINT**; was served via the United States District Court CM/ECF system on all parties or~~
20
~~persons requiring notice.~~
21
                           ~~By~~   ~~//s// Kristin Thomas~~_____
22                                  ~~Kristin Thomas, an Employee of~~
                                    ~~MCCORMICK,    BARSTOW,   SHEPPARD,~~
23                                  ~~WAYTE & CARRUTH LLP~~

24

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

56695-00000 4106912.1                        10                      2:16-cv-00123-RFB-NJK
                    AMENDED ANSWER TO COMPLAINT  JURY TRIAL DEMANDED