# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SOCIAL BUTTERFLY WORLD, LLC,  Plaintiff(s),  vs.  MENDEZ MEDIA MARKETING, INC.,  Defendant(s). | Case No. 2:16-cv-00123-RFB-NJK  ORDER |

On January 6, 2017, the parties filed a stipulation for dismissal of the instant case with prejudice. Docket No. 35. In light of this stipulation, the settlement conference currently scheduled for January 11, 2017 is hereby **VACATED**.

IT IS SO ORDERED.

DATED: January 9, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge