Richard E. Haskin, Esq.
Nevada State Bar # 11592
Timothy P. Elson, Esq.
Nevada State Bar # 11559
GIBBS GIDEN LOCHER TURNER
SENET & WITTBRODT LLP
7450 Arroyo Crossing Parkway, Suite 270
Las Vegas, Nevada  89113-4059
(702) 836-9800

Attorneys for Plaintiff
SOCIAL BUTTERFLY WORLD, LLC

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Timothy J. Buchanan (*Pro Hac Vice*)
California Bar # 100409
Shane G. Smith *(Pro Hac Vice)*
California Bar # 272630
7647 North Fresno Street
Fresno, California 93720
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Dylan P. Todd
Nevada Bar # 10456
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:     (702) 949-1100
Facsimile:     (702) 949-1101

Attorneys for Defendant MENDEZ MEDIA
MARKETING, INC.

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SOCIAL BUTTERFLY WORLD, LLC, a Nevada limited-liability company,<br><br>　　　　　Plaintiff,<br>　v.<br><br>MENDEZ MEDIA MARKETING, INC., a California corporation; and DOES 1 through 10 and ROE corporations 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.:     2:16-CV-00123-RFB-NJK<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

1832322.1

WHEREAS, Plaintiff SOCIAL BUTTERFLY WORLD, LLC ("SBW") filed its Complaint on January 22, 2016, and Defendant MENDEZ MEDIA MARKETING, INC. ("MMMI") filed its answer herein on February 22, 2016;

WHEREAS, SBW and MMMI engaged in settlement discussions over the proceeding months, and agreed to a settlement of the above-captioned action;

WHEREAS, all parties have executed their respective portions of the settlement agreement, which includes a dismissal with prejudice of the above-captioned suit conditioned on certain terms being performed, which have since occurred.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between SBW and MMMI (collectively the "Parties"), through their undersigned counsel, as follows:

1. The action in its entirety and Defendant MMMI shall be and hereby are dismissed *with prejudice*.

2. Each party shall bear its own attorneys' fees and costs.

3. The other terms of the settlement shall remain confidential, except as otherwise stated in the settlement agreement.

4. The Parties are currently scheduled to appear at a settlement conference before Hon. Nancy Koppe on January 11, 2017, with confidential briefs due by January 4, 2017. The Parties respectfully submit that these matters should be vacated and removed from the Court's calendar. There are currently no other pending hearings or matters before this Court.

///
///
///
///
///
///
///
///
///

GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

1  Respectfully submitted,

2  DATED: January 5, 2015            GIBBS GIDEN LOCHER TURNER
                                     SENET & WITTBRODT LLP

3

4

5                                    By:      /s/ Timothy P. Elson
                                        Timothy P. Elson, Esq.
6                                       Nevada State Bar # 11559
                                        7450 Arroyo Crossing Parkway, Suite 270
7                                       Las Vegas, Nevada 89113-4059
                                        Attorneys for Plaintiff
8                                       SOCIAL BUTTERFLY WORLD, LLC

9  DATED: January 5, 2017            MCCORMICK, BARSTOW, SHEPPARD, WAYTE &
                                     CARRUTH LLP

10

11                                   By:      /s/ Timothy J. Buchanan
                                        Timothy J. Buchanan, Esq. (*Pro hac vice*)
12                                      California State Bar # 100409
                                        Shane G. Smith, Esq. (*Pro hac vice*)
13                                      California State Bar # 272630
                                        7647 North Fresno Street
14                                      Fresno, California 93720
                                        Attorneys for Defendant MENDEZ MEDIA
15                                      MARKETING, INC.

16

17  **IT IS SO ORDERED:**

                                     _____
18                                   HON. RICHARD F. BOULWARE, II
                                     United States District Judge

19                                   DATED:      1/10/17

20

21

## CERTIFICATE OF MAILING

The undersigned, an employee of the law firm of McCormick, Barstow, Sheppard, Wayte & Carruth, hereby certifies that on January 6, 2017, she served a copy of the FOREGOING **STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** via electronic service through the United States District Court for the District of Nevada's ECF System upon each party in the case who is registered as an electronic case filing user with the Clerk:

| | |
|---|---|
| Richard E. Haskin, Esq.<br>Timothy P. Elson, Esq.<br>Gibbs Giden Locher Turner Senet & Wittbrodt LLP<br>1140 N. Town Center Dr., Ste 300<br>Las Vegas, Nevada 89144<br>Tel: (702) 836-9800<br>Fax: (702) 836-9802<br>rhaskin@gglts.com<br>telson@gibbsgiden.com | Attorneys for Defendant SOCIAL BUTTERFLY WORLD LLC |

/s/ Carol Aurand

Carol Aurand
An employee of
McCormick, Barstow, Sheppard, Wayte & Carruth LLP